UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Katherin Aedo Sanchez,

Petitioner,

v.

William P. Joyce, et al.,

Defendants.

26-CV-2933 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of the Government's letter, ECF No. 6.  In light of the Government's representation that Petitioner was located in the District of New Jersey at the time the Petition was filed, *id.* at 1, the parties are each **DIRECTED** by Monday, April 13, 2026 to a letter including any evidentiary submission that would substantiate or refute the Government's representation.

All other briefing deadlines and conferences are **ADJOURNED** *sine die*.

SO ORDERED.

Dated: April 10, 2026
New York, New York

DALE E. HO
United States District Judge