UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Katherin Aedo Sanchez, | |
| Petitioner, | 26-CV-2933 (DEH) |
| v. | |
| William P. Joyce, et al., | ORDER |
| Respondents. | |

DALE E. HO, United States District Judge:

The Court is in receipt of the parties' submissions on Petitioner's whereabouts at the time the Petition was filed. ECF Nos. 9, 11. By April 16, 2026, Respondent is **DIRECTED** to file documentary evidence substantiating Petitioner's presence on the April 9, 2026 flight at 3:54 p.m., such as a ticket, flight manifest, or other document establishing Petitioner's presence on the flight.

SO ORDERED.

Dated: April 15, 2026
       New York, New York

_____
DALE E. HO
United States District Judge