UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Katherin Aedo Sanchez,<br><br>                              Petitioner,<br><br>                    v.<br><br>William P. Joyce, et al.,<br><br>                              Respondents. | 26-CV-2933 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Following her arrest by Immigration and Customs Enforcement on April 9, 2026, Katherin Aedo Sanchez ("Petitioner") filed a Petition for Writ of Habeas Corpus later that day, seeking her release from custody and a stay of removal from the United States.  ECF No. 1.  On April 9, 2026, this Court entered an Order directing Respondents to show cause the Petition should not be granted.  ECF No. 4.

Respondents have asserted that immediately following her arrest, Petitioner was transported to Newark, New Jersey, where she was subsequently placed on a flight bound to Texas.  ECF No. 6 at 1.  Respondents assert that Petitioner was located in the District of New Jersey at 3:19 p.m., the time the Petition was filed, awaiting departure on a flight bound from Newark Airport to Texas.  *Id.*  The Court directed the parties to make evidentiary submissions to substantiate or refute Respondents' assertion about Petitioner's location at the time of filing. ECF No. 7.  The parties each filed declarations in response.  ECF Nos. 9, 11.  Respondents subsequently filed a flight manifest that confirms Petitioner's presence on the 3:54 p.m. flight departing Newark Airport for Texas on April 9, 2026.  ECF No. 15.

The Court finds that there is enough evidence in the record that Petitioner was located in the District of New Jersey at the time the Petition was filed and hereby **ORDERS** this case be transferred to the District of New Jersey.

This Court's Initial Scheduling Order prohibited removal of Petitioner from the United States. *See* ECF No. 4. That directive remains in effect unless and until the transferee court orders otherwise.

The Clerk of Court is respectfully directed to transfer this case to the District of New Jersey.

SO ORDERED.

Dated: April 17, 2026
       New York, New York

_____
            DALE E. HO
      United States District Judge

2